**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RAMONA CARBO** | **CASE NO. 6:20-CV-01192** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WAL-MART LOUISIANA, LLC** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to File First Amended Petition for Damages (Rec. Doc. 7) is DENIED and that Plaintiff's Motion to Remand (Rec. Doc. 8) is DENIED.

Signed at Lafayette, Louisiana, this 15th day of December, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE